FILED
March 4, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JASON RONALD OLIVER, )<br>)<br>Defendant. ) | Case No. 2:09MJ00082-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JASON RONALD OLIVER__ , Case No. __2:09MJ00082-GGH__ , Charge __21USC § 841, 846__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ __100,000.00__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)    __Prerial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __March 4, 2009__ at __3:48 pm__ .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court